# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| WILDEARTH GUARDIANS, ) )     Petitioner, ) ) v. ) ) U. S. ENVIRONMENTAL PROTECTION ) AGENCY and LISA JACKSON, ) Administrator, U.S. EPA, ) )     Respondents. ) | Case No. _____ |

## PETITION FOR REVIEW

Pursuant to Rule 15 of the Federal Rules of Appellate Procedure and Section 307(b)(1) of the Clean Air Act, 42 U.S.C. § 7607(b)(1), WildEarth Guardians hereby petitions this Court for review of the final action taken by respondents U.S. Environmental Protection Agency and Lisa Jackson, Administrator, U.S. EPA at 77 Fed. Reg. 70,693 (November 27, 2012), entitled "Approval and Promulgation of State Implementation Plans; State of New Mexico; Regional Haze Rule Requirements for Mandatory Class I Areas."

Respectfully submitted December 27, 2012.

/s/ Ashley D. Wilmes
Ashley D. Wilmes
WildEarth Guardians
827 Maxwell Avenue, Suite L
Boulder, Colorado 80304
Tel. 859-312-4162
awilmes@wildearthguardians.org
Attorney for Petitioner

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the PETITION FOR REVIEW and "Approval and Promulgation of State Implementation Plans; State of New Mexico; Regional Haze Rule Requirements for Mandatory Class I Areas" were served on the following individuals via U.S. certified mail, return receipt requested, on December 27, 2012.

Lisa Jackson, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Ave. NW
Washington, D.C. 20460

Correspondence Control Unit, Office of General Counsel (2311)
U.S. Environmental Protection Agency
1200 Pennsylvania Ave. NW
Washington, D.C. 20460

Attorney General Eric Holder
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

U.S. Attorney
District of Colorado
1225 17th Street, Suite 300
Denver, CO 80202

/s/ Ashley D. Wilmes
Ashley D. Wilmes